UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

LUIS FERNANDO MAZARIEGOS,

    Plaintiff,

  v.                                 Case No. 07-C-319

ROBERT R HUMPHREYS,

    Defendant.

---

**ORDER**

---

      Petitioner has filed a motion for reconsideration of my order denying his motion to amend. In essence, petitioner is not so much asking that the court reconsider its order, but rather that his proposed amended pleading be recharacterized as a supplemental brief in support of his petition. Petitioner's request will be granted. In my order denying his motion to amend, I noted that "the motion does not seek to amend new claims but to provide evidence of the claims already brought. As such, the motion appears to be a brief in support of the petition rather than a 'motion to amend' the petition." (April 20, 2007 Order.)

      I further indicated that I would consider the motion to amend to be his brief in the matter. Since that is the relief petitioner now seeks in his motion for reconsideration, it will be granted.

      **SO ORDERED** this   30th   day of April, 2007.

                                                    s/ William C. Griesbach
                                                    William C. Griesbach
                                                    United States District Judge